116

148 A.3d 742

IN THE MATTER OF THE ESTATE OF MARYANN CALVERT, DECEASED. ABDELRAZEK SEIRAFY, PLAINTIFF-PETITIONER, v. FRANCIS LESTER CALVERT, JR., AND LESLIE CALVERT WEILL, DEFENDANTS-RESPONDENTS.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001324-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 743

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v. S.S., DEFENDANT-PETITIONER.IN THE MATTER OF W.S., A MINOR-RESPONDENT.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005613-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.